Receipt # 02795

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

FILED
U.S. BANKRUPTCY
2011 FEB 14 PM 4: 21
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| In the matter of | | |
|---|---|---|
| EDDIE BALL | | Case No. **08-42150-KW** |
| DEBORAH BALL | | Chapter 7 |
| Debtor(s) | | Judge **KAY WOODS** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT

The attached check in the amount of $ 6.47 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| HIGH DESERT CREDITORS | 3 | $2.19 |
| ASSET ACCEPTANCE LLC | 5 | $1.12 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION | 7 | $1.05 |
| THE ILLUMINATING CO | 8 | $1.14 |
| DRS HILL AND THOMAS CO | 9 | $0.97 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $6.47 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 2/12/2011

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857